The Honorable Marsha Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA S. HENSLEY and MICHAEL M. HENSLEY, husband and wife, each of them, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | NO. CO4-302P<br><br>STIPULATION AND ORDER TO EXTEND THE DATES FOR THE EXCHANGE OF EXPERT REPORTS AND DISCOVERY CUTOFF |

## I. **STIPULATION**

The date of the exchange of expert reports is October 19, 2005. The discovery cutoff date is December 19, 2005. The parties have stipulated to extend the date for the exchange of expert reports to December 1, 2005, and to extend the discovery cutoff date to January 11, 2006, to allow the parties adequate time to have plaintiff Pamela Hensley undergo an independent medical examination in the Seattle area and undergo a

STIPULATION AND ORDER TO EXTEND THE
DATES FOR THE EXCHANGE OF EXPERT
REPORTS AND DISCOVERY CUTOFF - 1
H:\data\Orders\hensley.stip&ord disc cutoff.ord.wpd

PEIZER, RICHARDS & ZIONTZ, P.S.
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700   FAX (206) 682-0721

vocational assessment in Las Vegas, Nevada, where she currently resides.  This extension will not affect the dispositive motions deadline.

## II. **ORDER**

Based upon the foregoing Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the date to exchange expert reports is extended to December 1, 2005 and the discovery cutoff date is extended to January 11, 2006.

DATED: October __20___, 2005

_____
Marsha J. Pechman
U.S. District Judge

STIPULATED AND AGREED TO:

PEIZER, RICHARDS & ZIONTZ, P.S.

By: _____
    Alan J. Peizer          WSBA #7002
    Attorney for Defendants Eich, United Services
    Automobile Association and USAA
    Casualty Insurance Company

STIPULATED AND AGREED TO:

MOSLER, SCHERMER, WALLSTROM,
 SCRUGGS & SIELER

STIPULATION AND ORDER TO EXTEND THE DATES FOR THE EXCHANGE OF EXPERT REPORTS AND DISCOVERY CUTOFF - 2

H:\data\Orders\hensley.stip&ord disc cutoff.ord.wpd

PEIZER, RICHARDS & ZIONTZ, P.S.
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700   FAX (206) 682-0721

1  By: _____
2     Paul Arnold Wallstrom     WSBA #8605
      Attorneys for Plaintiffs
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO EXTEND THE
DATES FOR THE EXCHANGE OF EXPERT
REPORTS AND DISCOVERY CUTOFF - 3
H:\data\Orders\hensley.stip&ord disc cutoff.ord.wpd

**PEIZER, RICHARDS & ZIONTZ, P.S.**
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700  FAX (206) 682-0721

1  STIPULATED AND AGREED TO:
2
3  By: _____
4      Robert P. Brouillard        WSBA _____
       United States Attorney
5      Attorneys for United States of America
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO EXTEND THE
DATES FOR THE EXCHANGE OF EXPERT
REPORTS AND DISCOVERY CUTOFF - 4
H:\data\Orders\hensley.stip&ord disc cutoff.ord.wpd

**PEIZER, RICHARDS & ZIONTZ, P.S.**
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700  FAX (206) 682-0721