Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA and MICHAEL HENSLEY, | ) No. C04-302P |
| Plaintiffs, | ) |
| v. | ) |
| | ) STIPULATED MOTION AND ORDER |
| UNITED STATES OF AMERICA, et al., | ) CONTINUING DATE FOR CONSIDERATION |
| | ) OF USAA'S MOTION TO DISMISS |
| Defendant. | ) |

The plaintiffs and defendants, through their respective counsel, hereby stipulate and jointly move in the above-captioned case as follows:

1) The date on which USAA's pending Motion to Dismiss is noted for consideration on the Court's motion calendar shall be continued to December 9, 2005; and

//

//

//

STIPULATED MOTION AND ORDER CONTINUING DATE
FOR CONSIDERATION OF USAA'S MOTION TO DISMISS - 1
(No. C04-302P)

2) the plaintiffs' and the United States' responses thereto shall be served and filed, as required by CR 7, no later than December 5, 2005.

Respectfully submitted,


 Paul Arnold Wasstrom                         DATED:   November 14, 2005
PAUL ARNOLD WALLSTROM
Attorney for Plaintiffs


 Alan J. Peizer                               DATED:   November 14, 2005
ALAN J. PEIZER
Attorney for Defendants USAA

JOHN McKAY
United States Attorney


 Robert P. Brouillard                         DATED:   November 14, 2005
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorney for defendant United States

## ORDER

The above is SO ORDERED.

DATED this   16th   day of   November                , 2005.


Marsha J. Pechman
U.S. District Judge

STIPULATED MOTION AND ORDER CONTINUING DATE
FOR CONSIDERATION OF USAA'S MOTION TO DISMISS - 2
(No. C04-302P)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970