The Honorable Marsha Pechman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAMELA S. HENSLEY and MICHAEL
M. HENSLEY, husband and wife, each of
them, and their marital community,

          Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

NO.  CO4-302P

STIPULATION AND ORDER
STAYING SPECIFIC
DISCOVERY

## I. **STIPULATION**

The parties stipulate to stay United Services Automobile Association's FRCP 35

rights and concomitant FRCP 26(a)(2) disclosures of experts, if chosen by defendants

United Services Automobile Association, and stipulate to stay the deposition discovery by

the plaintiffs of such experts until determination by the court with regard to defendants

Eich's, United Services Automobile Association's and USAA Casualty Insurance

Company's Motion to Dismiss Plaintiffs' Second Amended Complaint as to defendants

Eich, United Services Automobile Association and USAA Casualty Insurance Company.

STIPULATION AND ORDER STAYING
SPECIFIC DISCOVERY - 1
H:\data\Orders\hensley.stip staying specific disc.ord.wpd

**PEIZER, RICHARDS & ZIONTZ, P.S.**
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700   FAX (206) 682-0721

In the event the plaintiffs' claims against defendants Eich, United Services Automobile Association and/or USAA Casualty Insurance Company are not dismissed, stayed or bifurcated from plaintiffs' claims against defendant United States of America, the parties agree to extend the deadline to exchange expert witness reports and the discovery cutoff to allow for the contemplated expert discovery by defendants Eich, United Services Automobile Association and/or USAA Casualty Insurance Company and depositions of those experts by any other party.

This stipulation is based on an effort to minimize the costs involved for all parties and to minimize any potentially unnecessary travel for plaintiff Pamela Hensley between Las Vegas, Nevada and Seattle, Washington to attend an independent medical examination and/or vocational rehabilitation assessment.

## II. **ORDER**

Based upon the foregoing Stipulation, it is hereby:

ORDERED that defendant United Services Automobile Association's FRCP 35 rights and concomitant FRCP 26(a)(2) expert disclosures and discovery and depositions of those experts be stayed pending determination by this court of defendants Eichs', United Services Automobile Association's and USAA Casualty Insurance Company's Motion to Dismiss Plaintiffs' Second Amended Complaint as to Defendants Eich, United Services Automobile Association and USAA Casualty Insurance Company, and that in the event the claims against said defendants are not dismissed, stayed or bifurcated, the deadline to exchange expert witness reports and the discovery cutoff to

STIPULATION AND ORDER STAYING
SPECIFIC DISCOVERY - 2
H:\data\Orders\hensley.stip staying specific disc.ord.wpd

PEIZER, RICHARDS & ZIONTZ, P.S.
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700   FAX (206) 682-0721

1  allow for expert discovery by defendants Eich, United Services Automobile Association

2
3  and/or USAA Casualty Insurance Company, as well as depositions of those experts by

4  any other party, shall be extended past the present deadlines for such exchange of expert

5  witness reports and discovery.

6
7         DATED: November _28____, 2005

8
9

10                                              Marsha J. Pechman
11                                              U.S. District Judge
12
13
14  STIPULATED AND AGREED TO:

15  PEIZER, RICHARDS & ZIONTZ, P.S.
16
17  By: _____
        Alan J. Peizer          WSBA #7002
18      Attorney for Defendants Eich, United Services
        Automobile Association and USAA
19      Casualty Insurance Company
20
21  STIPULATED AND AGREED TO:

22  MOSLER, SCHERMER, WALLSTROM,
23   SCRUGGS & SIELER

24  By: _____
25      Paul Arnold Wallstrom       WSBA #8605
        Attorneys for Plaintiffs
26
27
28

STIPULATION AND ORDER STAYING
SPECIFIC DISCOVERY - 3
H:\data\Orders\hensley.stip staying specific disc.ord.wpd

1  STIPULATED AND AGREED TO:

2

3  By: _____

4      Robert P. Brouillard          WSBA _____
       United States Attorney
5      Attorneys for United States of America

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER STAYING
SPECIFIC DISCOVERY - 4
H:\data\Orders\hensley.stip staying specific disc.ord.wpd

PEIZER, RICHARDS & ZIONTZ, P.S.
1915 PACIFIC BUILDING
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104-1825
PHONE (206) 682-7700   FAX (206) 682-0721