UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENSLEY,

           Plaintiff(s),

  v.

UNITED STATES OF AMERICA, et al.,

           Defendant(s).

NO. C03-716

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Stipulation and Order Continuing Trial Date, makes the following findings:

    1.    The motion contains no specific (or insufficient) facts to establish good cause for a continuance and/or
    2.    The motion provides no suitable explanation as to why the existing case schedule deadlines were not met

The parties seek a continuance of their trial date based on the unavailability of certain witnesses alleged to be significant to the development of the facts of this case. The motion is silent, however, on the efforts that have been made to locate the missing witnesses and any estimate of whether and/or when these witnesses might be found. The Court also notes that, according to the case schedule in this matter (Dkt. No. 41), the discovery cutoff occurred on December 19, 2005 and a continuance request based on the need for further discovery is inappropriate at this juncture in the case.

ORD ON MTN TO CONT - 1

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated:   January 13, 2006

*[signature]*

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO CONT - 2