Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA and MICHAEL HENSLEY, | ) |
| Plaintiffs, | ) No. C04-302P ) ) |
| v. | ) ) STIPULATED MOTION AND ORDER |
| UNITED STATES OF AMERICA, | ) STRIKING SENTENCE FROM ) PLAINTIFF'S TRIAL BRIEF |
| Defendant. | ) ) ) |

    The plaintiffs and defendant, through their respective counsel, hereby stipulate and jointly move in the above-captioned case as follows:

    1. The Plaintiff's Trial Brief filed on April 14, 2006, in the above-captioned case contains the following sentence at page 1, lines 20-21 thereof: "Mr. Eich was a 23 year-old Lieutenant in the U.S. Navy, who had alcohol in his car that 'was left over from lunch.'"

//

//

//

STIPULATED MOTION AND ORDER CONTINUING DATE
FOR CONSIDERATION OF USAA'S MOTION TO DISMISS - 1
(No. C04-302P)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

2. The sentence quoted in paragraph 1 above should be stricken from the Plaintiffs' Trial Brief filed on April 14, 2006.

Respectfully submitted,

s/Paul Arnold Wallstrom     DATED: April 27, 2006
PAUL ARNOLD WALLSTROM
Attorney for Plaintiffs

JOHN McKAY
United States Attorney

s/Robert P. Brouillard     DATED: April 28, 2006
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorney for defendant United States

**ORDER**

The above is SO ORDERED.

DATED this 1st day of May, 2006.

_____
Marsha J. Pechman
U.S. District Judge

STIPULATED MOTION AND ORDER CONTINUING DATE
FOR CONSIDERATION OF USAA'S MOTION TO DISMISS - 2
(No. C04-302P)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970