UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA S. HENSLEY and MICHAEL M. HENSLEY, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C04-302P<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANT UNITED STATES OF AMERICA and on behalf of PLAINTIFFS in the amount of $1,865.80.

Dated this ___1st___ day of JUNE, 2006 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1